# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-1183** **September Term, 2026**

**Filed On:** October 6, 2026

In re: Media and Democracy Project,

Petitioner

**BEFORE:** Millett, Walker, and Childs, Circuit Judges

**O R D E R**

Upon consideration of the petition for writ of mandamus, the amicus brief, and the Rule 28(j) letters, it is

**ORDERED**, on the court's own motion, that the Federal Communications Commission file a response to the petition for a writ of mandamus, not to exceed 7,800 words, within 30 days of the date of this order. See D.C. Cir. Rule 21(a). Petitioner may file a reply, not to exceed 3,900 words, within 14 days of the filing of the response.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk